Milton L. COHN, Trustee for Ira S. Pace, Appellant,

v.

LICO MANUFACTURING CO., Inc., Debtor, and John L. Schwab, its Trustee in Reorganization, Appellees.

No. 12, Docket 28224.

United States Court of Appeals Second Circuit.

Argued Oct. 8, 1963.

Decided Oct. 29, 1963.

I. J. Cohn, Bridgeport, Conn., for appellant.

Edward J. McCarthy, Bridgeport, Conn. (Paul C. Jamieson, Bridgeport, Conn., on the brief), for appellees.

Before CLARK, MOORE and KAUFMAN, Circuit Judges.

PER CURIAM.

The order is affirmed on the findings and opinion of Judge Anderson, D.C. Conn., 201 F.Supp. 899. The order as we read it subordinates to the claims of all other creditors not only the unsecured portion of appellant's claims, but also that portion which was secured by indentures and a chattel mortgage; thus interpreted, it is appropriate to the issues presented.

Setrak K. BOYAJIAN, etc., Defendant, Appellant,

v.

OLD COLONY ENVELOPE COMPANY, Inc., et al., Plaintiffs, Appellees.

No. 6120.

United States Court of Appeals First Circuit.

Nov. 5, 1963.

Setrak K. Boyajian pro se.

Eben M. Graves, New York City, with whom Richard G. Fuller, Jr., New York City, Donald R. Grant, Boston, Mass., Brumbaugh, Free, Graves & Donohoe, New York City, and Ropes & Gray, Boston, Mass., were on brief, for appellees.

Before WOODBURY, Chief Judge, and HARTIGAN and ALDRICH, Circuit Judges.

PER CURIAM.

Judgment will be entered affirming the amended judgment below entered February 6, 1963 for the reasons given by Judge Wyzanski in his memorandum dated February 5, 1963, D.C., 223 F. Supp. 905.[1]

---

1. For the result of prior litigation between the parties, see Old Colony Envelope Company v. Boyajian, D.C., 176 F.Supp.

627 and Boyajian v. Old Colony Envelope Company, 1 Cir., 279 F.2d 572.